```
                    UNITED STATES DISTRICT COURT
                        DISTRICT OF NEW JERSEY


ROBERT R. OLESON,                    Civil No. 09-5706 (NLH)

         Plaintiff,

    v.                               OPINION

BUREAU OF PRISONS, et al.,

         Defendants.
```

**HILLMAN, District Judge:**

1. Plaintiff Robert R. Oleson filed an Amended Complaint against several officials at his former facility (FCI Fort Dix in New Jersey), asserting violation of his federal and constitutional rights under Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). (ECF No. 102.)

2. On December 21, 2012, this Court dismissed the Amended Complaint, but granted Plaintiff leave to amend certain claims. (ECF Nos. 142, 143.)

3. Specifically, this Court dismissed the following claims with prejudice for failure to state a claim upon which relief may be granted: Eighth Amendment claim of deliberate indifference to need for a transfer to receive rehabilitation and enroll in a training program; First Amendment retaliation

claim based on deletion of names from visiting list; constitutional claims based on failure to delete or correct information in central file; Fourth Amendment and Fourteenth Amendment Due Process claims based on property seizure; constitutional claims based on failure to transfer Plaintiff to a different unit where the unit team is located on the ground floor; constitutional claim based on failure to provide administrative remedy forms; Eighth Amendment failure to protect claims; claim based on failure to provide paid inmate companion; and constitutional claims based on verbal threats and harassment. (ECF Nos. 142, 143.)

4. This Court dismissed the following claims without prejudice to the filing of an amended complaint: Eighth Amendment and/or Americans With Disabilities Act ("ADA") claim based on failure to provide a new wheelchair and new prescription eyeglasses. (ECF No. 142, 143.)

5. On February 18, 2013, Plaintiff signed and presumably handed to prison officials for mailing to this Court his final Amended Complaint. (ECF No. 146.) The Amended Complaint with attachments consists of 45 pages.

6. The Amended Complaint does not comply with this Court's Order (ECF No. 143) granting leave to amend as it resurrects the allegations and claims this Court dismissed with prejudice, in

2

addition to attempting to assert the medical claims on which leave to amend was granted.

7. This Court will strike the Amended Complaint for failure to comply with the Order granting leave to amend. This Court will grant Plaintiff a final opportunity to file an amended complaint which states a cognizable Eighth Amendment and/or Americans With Disabilities Act claim based on failure to provide a new wheelchair and prescription eyeglasses.

8. An appropriate Order accompanies this Opinion.

                              s/ Noel L. Hillman
                              **NOEL L. HILLMAN, U.S.D.J.**

Dated: July 16, 2013

At Camden, New Jersey